# UNITED STATES DISTRICT COURT
for the

Southern District of Indiana

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Josue Garcia | ) | Case No:  1:11CR00152-006 |
| | ) | |
| | ) | USM No:  10234-028 |
| Date of Original Judgment: 08/08/2012 | ) | |
| Date of Previous Amended Judgment: | ) | Sara J. Varner |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C.
§ 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has
subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C.
§ 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10
and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.   ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in
the last judgment issued)* of   70   months **is reduced to**  57 months*   .

*(Complete Parts I and II of Page 2 when motion is granted)*

**A CERTIFIED TRUE COPY**

Laura A. Briggs, Clerk
U.S. District Court
Southern District of Indiana

By _(signature)_
Deputy Clerk

Except as otherwise provided, all provisions of the judgment dated   08/08/2012   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   3/27/15

_William T. Lawrence_ (signature)
*Judge's signature*

Effective Date:   11/01/2015

Honorable William T. Lawrence, U.S. District Court Judge

*(if different from order date)*        *Printed name and title*